# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **GREGORY DAVIS** | § | **PLAINTIFF** |
| | § | |
| **V.** | § | **Civil Action No. 1:09cv744-LG-RHW** |
| | § | |
| **WAL-MART STORES, INC.** | § | **DEFENDANT** |

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that both parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice as to both parties, with each party to bear his own costs.

**SO ORDERED AND ADJUDGED** this the 27th day of April, 2011.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge